UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EUSEBIO RAMIREZ,

       - against -

RECTOR STREET FOOD ENTERPRISES LTD.,

       Defendant.
───────────────────────────────

22-cv-8193 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **November 9, 2022.**

SO ORDERED.

Dated:    New York, New York
           October 24, 2022

                                   _____
                                       John G. Koeltl
                              **United States District Judge**