UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUSEBIO RAMIREZ,

          Plaintiff,

- against -

RECTOR STREET FOOD ENTERPRISES LTD.,

          Defendant.

22-cv-8193 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for January 26, 2023, at 4:30 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2023

                                          John G. Koeltl
                                  United States District Judge