# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**September 22, 2023**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

<u>**Re: Ramirez v. Rector Street Food Enterprises LTD.**</u>
**Case No. 22-CV-08193 (JGK)(JW)**
**Status Report/Motion for Extension of Time**

Dear Judge Koeltl:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the September 22, 2023 status report/proposed discovery plan deadline. Although the case was not settled at the September 15, 2023 mediation, significant progress was made, and with new counsel appearing for defendant today in the case, the additional time would allow for the parties to continue the dialogue and settle the case if feasible or to confer further on a discovery plan if necessary.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**

APPLICATION GRANTED
SO ORDERED

9/25/23          John G. Koeltl, U.S.D.J.