```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

EUSEBIO RAMIREZ,

    Plaintiff,

    - against -

RECTOR STREET FOOD ENTERPRISES, ET AL.,

    Defendants.

22-cv-8193 (JGK)

<u>ORDER</u>

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **January 11, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **December 27, 2023**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                                    **United States District Judge**