# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

May 10, 2024

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

**Re: Ramirez v. Rector Street Food Enterprises LTD.**
**Case No. 22-CV-08193 (JGK)(JW)**
**Motion for Extension of Time**

Dear Judge Koeltl:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the May 10, 2024 deadline for Plaintiff to file his motion for settlement approval. This request is being made because it appears that Defendants require some additional time to review and sign the settlement paperwork. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**Cc: Defense counsel via ECF**

**APPLICATION GRANTED
SO ORDERED**

5/13/24

John G. Koeltl, U.S.D.J.