UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

EUSEBIO RAMIREZ,

                Plaintiff,         22-cv-8193 (JGK)

    - against -                ORDER

RECTOR STREET FOOD ENTERPRISES LTD.,
ET AL.,

                Defendants.
---

**JOHN G. KOELTL, District Judge:**

    On April 19, 2024, the plaintiff notified the Court that the parties had reached a settlement of this action, and that the parties would file shortly any papers required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). ECF No. 35. On May 13, 2024, the Court granted the plaintiff a two-week extension of time. ECF No. 38. On May 27, 2024, the Court granted another one-week extension of time. ECF No. 40. On June 4, 2024, the Court granted a third extension of time, for another week. ECF No. 42. To date, no application to approve the settlement has been filed.

    The time to file the application is extended for a final time to **July 3, 2024.** Failure to file the application by that date will result in the dismissal of this case without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            June 13, 2024

                                          John G. Koeltl
                                        **United States District Judge**