```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EUSEBIO RAMIREZ,

                      Plaintiff,        22-cv-8193 (JGK)

    - against -                ORDER

RECTOR STREET FOOD ENTERPRISES LTD.,
ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 1, 2024, is canceled in view of the Court's approval of the parties' settlement agreement and the stipulation of dismissal to be filed today. ECF No. 45.

SO ORDERED.

Dated:    New York, New York
            June 28, 2024

                                                John G. Koeltl
                                    United States District Judge