# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

**June 28, 2024**

**Via ECF**

Hon. John G. Koeltl, USDJ  
United States District Court, SDNY  
500 Pearl Street, Courtroom: 12B  
New York, NY 10007-1312  
Tel: 212-805-0222

<u>Re: Ramirez v. Rector Street Food Enterprises LTD.</u>  
Case No. 22-CV-08193 (JGK)(JW)  
**Motion for Extension of Time**

Dear Judge Koeltl:

  My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief 30-day extension of the June 28, 2024 deadline for Plaintiff to file his stipulation of dismissal. This request is being made because we have not yet received the settlement checks. No prior request for an extension of this deadline was made.

  I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**Cc: Defense counsel via ECF**

**APPLICATION GRANTED**  
**SO ORDERED**

7/1/24  
John G. Koeltl, U.S.D.J.